AUGUST 14, 1939

No. 41940.—SUIT 4221.——*Balfour, Guthrie & Co., Ltd.* v. *United States.* C. D. 58 affirmed.

BEFORE THE FIRST DIVISION, AUGUST 16, 1939

No. 41941.—Protest 941468–G of Glaser Bros. (San Francisco).

Opinion by McCLELLAND, P. J. The article was found to be a plaster-of-paris figure of a horse about 9 inches high on a base about 2 inches thick. On either side of the base in raised letters is the inscription "White Horse Whisky." It was found that the figure of the horse taken by itself falls within the definition of a statuette and it was held the mere fact that advertising material appears on the base does not remove the article from the purview of the language under which classification was made. The protest was therefore overruled. Abstract 23727 cited. Brown, J., dissented.

No. 41942.—Protest 947536–G of Geo. Borgfeldt Corporation (New York).

Opinion by SULLIVAN, J. The sample is a brightly colored cardboard box with five compartments containing an assortment of unstrung beads in four colors, a child's necklace, and two sheets of paper depicting necklaces made of beads resembling those in the box. On the record presented the protest was overruled.